UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :     Hon. John J. Hughes
                                  United States Magistrate Judge

       v.                :     Crim. No. 06-1131

LUTHER MILLS           :     **ORDER FOR CONTINUANCE**

THIS MATTER having come before the Court on the joint application of the United States (Christopher J. Christie, United States Attorney, by Eugenia A. P. Cowles, Assistant United States Attorney) and the defendant, Luther Mills (Michael Chazen, Esq., Counsel for Luther Mills) for an Order granting a continuance of the proceedings in the above-captioned matter to permit the parties additional time to complete plea negotiations; and the defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18 of the United States Code, Section 3161(b), and having consented to the continuance in the above-captioned matter, and it appearing that the defendant waives such right; and the parties having no objection to the continuance, and for good cause shown,

IT IS THE FINDING OF THIS COURT that:

1) The parties advise that they are engaged in meaningful plea negotiations and that additional time is necessary to complete those negotiations.

2) Pursuant to Title 18, United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, IT IS on this 28th day of November 2006.

ORDERED that the period between November 24, 2006, and December 24, 2006, shall be excludable in computing time under the Speedy Trial Act of 1974.

Hon. John J. Hughes
United States ~~District~~ Judge

We hereby consent to the form
and entry of this Order

Eugenia A. P. Cowles
Assistant U.S. Attorney

Michael Chazen, Esq.
Attorney for Luther Mills